VH

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff **USA**

v.

Defendant **Eunice Salley**

Case Number: **19 cr 797-1**

Judge: **Valdez**

Magistrate Judge:

**FILED**
OCT 31 2019 PO
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Exhibit**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Recording REQUESTED BY

Oya Awanata, Administrator and Executrix
for EUNICE DANIELLE SALLEY DOBYNS/Trust

AND WHEN RECORDED MAIL TO:

C/o  9220 South Dauphin Avenue
        (Street Address)
Cook county, Illinois
  (County)   (Nation state), (zip code excepted, {60619}).



SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# ECCLESIASTICAL DEED POLL

## For Restoration of Equity Status and Divine Right of Inheritance

By this Deed I Oya Awanata-Bey do hereby declare:

I, oya awanata-bey, am Alive, competent to speak, of sound mind, Full of the Spirit, well over the age 18 years come in peace to give Notice and Declare,

Recently I have discovered a clerical error in the way certain information was recorded with government Agency's in the UNITED STATES by removing Oya from Equity to Surety Status for EUNICE DANIELLE SALLEY, EUNICE DANIELLE SALLEY DOBYNS, OYA AWANATA, and OYA AWANATA BEY, a legal organization registered by the State of Illinois and the County of Cook County Illinois as evidenced by the Certificate of Live Birth.

Registration Number: 112 1985 600075
Date of Registration (ie. Birth) January 7th, 1985
Name: Eunice Danielle Salley as amended Eunice Danielle Salley Dobyns

I oya awanata bey request that the names EUNICE DANIELLE SALLEY, EUNICE DANIELLE SALLEY DOBYNS and OYA AWANATA BEY be changed to Oya Awanata-Bey to correct all custodial records both public and private.

### HERITAGE

A. Father's name: Daniel Eric Salley born on the land, Nation state Illinois;
B. Mother's name: Larnette (Walker) Salley born on the land, Nation state Arkansas;
C. As a result of their marital union, on January 2nd, 1985, a little girl was born, which gave rise to the given name eunice-danielle salley, born on the land Nation state Illinois, Cook county.
By lawful Court Ordered name changes eunice-danielle salley is now Oya Awanata-Bey.

For more than 30 years I have been lost in the sea of commerce. I had no knowledge that a clerical error in the record existed and there is no evidence that I willfully or even knowingly changed my name to the name of a UNITED STATES vessel titled EUNICE DANIELLE SALLEY, EUNICE DANIELLE SALLEY DOBYNS and OYA AWANATA BEY.

## Hear Ye Hear Ye Hear Ye
## CLAIM

However, pursuant to the Cestui Vie Act of 1666 as amended in 1948, I have returned from the presumption of being lost at sea and claim ownership and beneficiary of the name and estate of EUNICE DANIELLE SALLEY, EUNICE DANIELLE SALLEY DOBYNS and OYA AWANATA BEY by operation of law.

Psalms 2: 7, I will declare the decree: the LORD hath said unto me, Thou art my Son; this day have I begotten thee.

I, oya awanata-bey, Declare and Decree myself to be a Divine living woman and I accept the responsibility of self-governance in my proper name Oya Awanata-Bey and the estate given me by my father God.

I Oya Awanata-Bey no longer want to be addressed and will not respond to EUNICE DANIELLE SALLEY, EUNICE DANIELLE SALLEY DOBYNS and OYA AWANATA BEY.

Job 22: 28, Thou shalt also decree a thing, and it shall be established unto thee: and the light shall shine upon thy ways.

Witness  _Daniel Eric Salley_  Witness  _Amber Taylor_
Seal  _Daniel Eric Salley_  Seal  _Amber Taylor_
       _c/o 9220 S. Dauphin Ave_       _c/o 9220 South Dauphin Av._
       _Chicago IL. 60619_              _Cook county, Illinois_

By _Oya Awanata All rights reserved_
(Author/Autograph)   (Seal)

---

## Notary Acknowledgement

Illinois state            )        For verification Purposes Only
                          ) ss.
Cook county               )

On the Ninth day of November, Two Thousand Eighteen, Personally appeared, the living woman <u>Oya Awanata-Bey</u>, personally known to me (or proved to me on the basis of satisfactory evidence of identification) to be the person whose name is subscribed to the within instrument, ECCLESIASTICAL DEED POLL, For Restoration of Equity Status and Divine Right of Inheritance.

Witness my hand and official seal.

_Romel Taylor_

My Commission Expires: _April 13, 2021_

Seal

OFFICIAL SEAL
ROMEL TAYLOR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/13/21

## DECREE

Psalms 2: 7, I will declare the decree: the LORD hath said unto me, Thou art my Son; this day have I begotten thee.

Job 22: 28, Thou shalt also decree a thing, and it shall be established unto thee: and the light shall shine upon thy ways.

I Oya Awanata-Bey hereby Decree that the attached certificate (No. 1985 _____) is taken up and crossed, "for the intent and purpose of Restoration of All Rights and Equity Status of the living woman oya awanata-bey", by endorsing the "Bond Certificate" of Live Birth on the reverse/back of said document as follows:

"Pay to the order of the United States Treasurer, Without Recourse"

For all debts of account to be fully discharged and set-off in equity.

"The undersigned hereby sets her hand and seal as my own free will act and deed for the intent and purpose herein without mental reservation".

Date: 11-9-2018    Autograph: _[signature] All rights reserved_ (Seal/thumbprint)

---

### Notary Acknowledgement

Illinois state         )        For verification Purposes Only
                       )   ss.
Cook county            )

On the Ninth day of November, Two Thousand Eighteen, Personally appeared, the living woman **Oya Awanata-Bey**, personally known to me (or proved to me on the basis of satisfactory evidence of identification) to be the person whose name is subscribed to the within instrument, ECCLESIASTICAL DEED POLL, For Restoration of Equity Status and Divine Right of Inheritance.

Witness my hand and official seal.

_[signature]_

My Commission Expires: _April 13, 2021_        Seal

OFFICIAL SEAL
ROMEL TAYLOR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/13/21

approved by the Illinois Supreme Court and is required to be accepted in all Illinois courts.

| ILLINOIS, CIRCUIT COURT _____ COUNTY | ORDER FOR NAME CHANGE (ADULT) | For Court Use Only |

**Instructions ▼**
Directly above, enter the county name where the case was filed.
Enter your current name.
Enter the case number given to you by the Circuit Clerk.

Request of:

Eunice, Danielle, Salley Dobyn
Your current name (First, middle, last name)

19CONC312
Case Number

The Court reviewed your *Request for Name Change* and finds:

DO NOT check any boxes on this form. The judge will check the correct boxes at the hearing.

☒ The Court has jurisdiction.
☒ Correct notice was done by newspaper publication.
  In this Newspaper: _____
  On these Dates: _____
☒ The statements made in the *Request for Name Change* meet the statutory requirements.
☐ The statements made in the *Request for Name Change* do not meet the statutory requirements.

I hereby certify that the document to which this certification is affixed is a true copy.
MAY 14 2019
Date: _____
Dorothy Brown
Clerk of the Circuit Court
of Cook County, IL

**IT IS ORDERED:**

☒ The *Request for Name Change* is GRANTED.

The name of:

Enter your current full name.

Eunice    Danielle    Salley Dobyns
First     Middle      Last

is changed to:

Enter the new full name you would like.

Oya    ~~Middle~~    Awanata
First                Last

☐ The *Request for Name Change* is DENIED.
  The *Request* is denied for the following reason(s): _____
  _____
  _____

ENTERED:

DO NOT enter the Judge and Date. The judge will sign here.

*[Judge signature]*
Judge

ENTERED
JUDGE _____ 1528
MAY 14 2019
Date
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

NC-O 305.3                Page 1 of 1                (01/18)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois courts.

| STATE OF ILLINOIS, CIRCUIT COURT _____ COUNTY | ORDER FOR NAME CHANGE (ADULT) | For Court Use Only |
|---|---|---|

**Instructions ▼**
Enter above the county name where you will file this case.
Enter your current name.
DO NOT enter a Case Number, the Circuit Clerk will add it.

Request of:

Your current name (First, middle, last name): Eunice Danielle Salley Dobyns

2017CONC000167
CALENDAR/ROOM 7
TIME 00:00
Change of Name

Case Number

The Court reviewed your *Request for Name Change* and finds:

DO NOT check any boxes on this form. The judge will check the correct boxes at the hearing.

☒ The Court has jurisdiction.
☒ Correct notice was done by newspaper publication.
  In this Newspaper: LAW BULL
  On these Dates: 2/21, 28 3/7 2017
☒ The statements made in the *Request for Name Change* meet the statutory requirements.
☐ The statements made in the *Request for Name Change* **do not** meet the statutory requirements.

**IT IS ORDERED:**

☒ The *Request for Name Change* is GRANTED.

Enter your current full name.

The name of:
Eunice Danielle Salley Dobyn
First / Middle / Last

is changed to:
Dya Awanata Bey
First / Middle / Last

Enter the new full name you would like.

**ENTERED**
JUDGE PAUL A. KARKULA-1735
APR 13 2017
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

☐ The *Request for Name Change* is DENIED.
The *Request* is denied for the following reason(s): _____

ENTERED:

DO NOT enter the Judge and Date. The judge will sign here.

Judge _____ Date _____

This form shall not be modified. It may be supplemented with additional materials.

NC-O 305.1    Page 1 of 1    (03/14)

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

**PASSPORT / PASSEPORT / PASAPORTE**

**UNITED STATES OF AMERICA**

Type / Type / Tipo: **P**
Code / Code / Codigo: **USA**
Passport No. / No. du Passeport / No. de Pasaporte: **549875823**

Surname / Nom / Apellidos: **AWANATA**
Given Names / Prénoms / Nombres: **OYA**
Nationality / Nationalité / Nacionalidad: **UNITED STATES OF AMERICA**
Date of birth / Date de naissance / Fecha de nacimiento: **02 Jan 1985**
Place of birth / Lieu de naissance / Lugar de nacimiento: **ILLINOIS, U.S.A.**
Date of issue / Date de délivrance / Fecha de expedición: **30 May 2017**
Date of expiration / Date d'expiration / Fecha de caducidad: **29 May 2027**
Endorsements / Mentions Spéciales / Anotaciones: **SEE PAGE 51**
Sex / Sexe / Sexo: **F**
Authority / Autorité / Autoridad: **United States Department of State**

P<USAAWANATA<<OYA<<<<<<<<<<<<<<<<<<<<<<<<<<<
5498758233USA8501020F2705295183756351<179338